IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRISONER CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

*DEMANDA POR VIOLACION A DERECHOS CIVILES DE CONFINADO*
*42 U.S.C. § 1983*

José Luis Negrón-Roche
Full name of plaintiff
*Nombre completo del demandante*

FILED
HARRISBURG, PA
MAY 22 2024
PER _____ /s/ _____
DEPUTY CLERK

v.

Franklin County Jail en general completa administración
Comisaría Kifer, G.I.L., Summis=Cosina
Salud mental Teléfono (Access Corrections secure deposites
Probatoria

Full name(s) of defendant(s)
*nombre completo de(l)(los) demandado(s)*

I.   Previous lawsuits.
     *Pleitos radicados anteriormente.*

     A.   Have you brought other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

          *¿Ha iniciado usted otros pleitos en los tribunales estatales o federales que tengan que ver con los mismos hechos de la presente acción o que se relacionen con su reclusión?*

          ( )   Yes *(Sí)*                    (X)   No

     B.   If your answer to "A" is yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

          *Si la contestación a la pregunta "A" es en la afirmativa, describa el pleito en el espacio siguiente. De existir más de un pleito, descríbalos en otro papel*

V.   Request for Relief.
*Solicitud de Remedio.*

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

*Indique brevemente lo que usted espera que el tribunal haga por usted. No escriba argumentos legales ni cite precedentes ni estatutos.*

Una Conpensacion monetaria Por los años y daños Causados emocional y Cargos Pertinentes a todos los inboluerados en un tribunal

I declare under penalty of perjury that the foregoing is true and correct.
*Declaro bajo pena de perjurio que lo anterior es cierto y correcto.*

Signed this __9__ day of __Mayo__ of __2024__.
              (día)              (mes)           (año)

__José L. Legion__
Plaintiff's signature
*Firma del demandante*

42:1983                              -6-

In item B below, write the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the name, position and place of employment of any additional defendant.

*Bajo la letra B, escriba en la primera línea el nombre completo del demandado, en la sgunda línea escriba el puesto que ocupa y en la tercera línea escriba el lugar donde está empleado. Utilice el apartado C para escribir el nombre, puesto y lugar de empleo de otro demandado.*

B. Defendant / *Demandado*: en general Franklin County Jail Kifer(sumis)(GTL) Henri Estrada y Leen entre otros Fernandes, Naws, warres, Howell (correvch, MC matenci garber, Lopez, woker Kenouse

is employed as / *está empleado como*: Oficiales en Franklin County Jail Amel Alex mentol gel estiven, Dood con juarez

at / *en*: Franklin County Jail

IV. Statement of Claim.
    *Relación de Hechos.*

State here, as briefly as possible, the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates or statutes. Do not give any legal arguments or cite any cases or statutes. If you intend to allged a number of related claims, number and set forth each claim in a separate paragraph. Attach an extra sheet if necessary.

*Escriba brevemente los <u>hechos</u> del caso. Describa la participación de cada uno de los demandados. Incluya también los nombres de otras personas que tuvieron participación, las fechas y los estatutos. No presente argumentos legales ni cite precedentes ni estatutos. Si usted quiere presentar varias reclamaciones, enumérelas y hágalo en párrafos por separado. Puede utilizar otra hoja de papel si lo considera necesario.*

de informacion de mi familia

diburgacion Confidencial Personal abuso sexual abuso cicolojico emocional y biolacion de derechos humanos y apropiacion de ~~derechos~~ fondos de dinero de Pagos en la cocina y de Pocitos de mi familia entre otros y diburgacion sexul de huso de los baños en el modulo "C" y de llamadas hasia mi familia

42:1983 y abuso de Poder de Posicion laboral Racismo hacia mi Persona Tratar de quitarme la Vida Poniendo medicacion de la Precion en mis alimentos y Pribacion de derechos como comer con los dedos F.F. Food y alimentos nada saludables manipulacion de informacion Para cometer delitos

7. Approximate date of disposition.
*Fecha aproximada en que se resolvió el pleito.*

_____

II. Place of confinement.
*Lugar actual de reclusión.*

  A. Is there a prisoner's grievance procedure in the institution?
  *¿Existe un procedimiento de quejas y agravios para los confinados en la institución?*

  (✓) Yes *(Sí)*          ( ) No

  B. Did you present the facts related to your complaint in the state prisoner's grievance procedure?
  *¿Presentó usted los hechos de su querella bajo el procedimiento de quejas y agravios para confinados?*

  (✓) Yes *(Sí)*          ( ) No

  C. If your answer is yes,
  *Si su contestación es afirmativa,*

   1. What steps did you take?
   *¿Qué medidas tomó usted?*

   Grievances y Cartas al de Partamento de e llamar Prea el estado Policiaco entre otras y hablar fente del alcalde del Condado y el F.B.I del estado

   2. What was the result?
   *¿Cuál fue el resultado?*

   Ninguno aumentar el abuso y el discrimen y la apropiacion ilegal de mis fondos de Pocitados de mi familia y segregarme

  D. If your answer is No, explain why not. tratar me como enemigo de la institucion
  *Si su contestación es No, explique porqué.*

_____

_____

42:1983                -3-

*utilizando el mismo modelo.*

1. Parties to the previous lawsuit.
   *Partes en el pleito anterior.*

   Plaintiff(s)
   *Demandante(s)* _____

   _____

   Defendant(s)
   *Demandado(s)* _____

   _____

2. Court. If federal court, name the district, if state court, name the county or part.

   *Tribunal. Si es un tribunal federal, indique el distrito, si es un tribunal estatal, indique el condado o sala.*

   _____

3. Docket number.
   *Número asignado.* _____

4. Name of judge to whom the case is assigned.
   *Nombre del juez a quien se le asignó el caso.*

   _____

5. Disposition. For example: Was the case dismissed? Was it appealed? Is it still pending?

   *Disposición. Por ejemplo: ¿Se desestimó el caso? ¿Se apeló? ¿Se encuentra aún pendiente?*

   _____

6. Approximate date of filing lawsuit.
   *Fecha aproximada en que radicó el pleito.*

   _____

42:1983                                    -2-

E.  If there is no prison grievance procedure in the institution, did you complain to prison authorities?
*Si no existe un procedimiento de quejas y agravios en la institución, ¿se quejó usted con las autoridades de la institución?*

(X) Yes *(Sí)*          ( ) No

F.  If your answer is Yes,
*Si su contestación es en la afirmativa,*

1.  What steps did you take?
    *¿Qué medidas tomó usted?*

    Grimen, Cartas a distintas intituciones a Prea de abuso sexual y nada llamar a F.B.I. del estado y Policia estatal Cartas

2.  What was the result?
    *¿Cuál fue el resultado?*

    Ninguna subir de Pocicion y aumentar el abuso hasía mi Persona y la Violacion de derechos Civiles pd wen que soy enemigo de la

III. Parties.
    *Partes.*

In item A below, write your name in the first blank and write your present address in the second blank. Do the same for additional parties, if any, using the reverse side if necessary.

*Bajo la letra A, escriba su nombre en la primera línea y su dirección actual en la segunda línea. Si hay demandantes adicionales, provea la misma información utilizando el dorso si es necesario.*

A.  Name of plaintiff
    *Nombre del demandante*   José Luis Negron-Roche

    Address
    *Dirección*   Franklin County Jail 1804 Oppotunity Ave Chambersburg, P.A. 17201
    O el Correo del Chambersburg
    Para Personas que no tien dirección.
    -4- les Probeere la misma tan Ponto la tenga

42:1983

Name Jose Negron-Roche
Franklin County Jail
1804 Opportunity Avenue
Chambersburg, PA 17201

HARRISBURG PA 171

17 MAY 2024 PM 1 L



RECEIVED
HARRISBURG, PA

MAY 22 2024

PER _____
DEPUTY CLERK

United States District Court
Middle District of PA
228 Walnut St.
Harrisburg, PA 17101

17101-173870